NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH R. KENT,**

*Petitioner*

v.

**SOCIAL SECURITY ADMINISTRATION,**

*Respondent*

---

2023-1319

---

Petition for review of the Merit Systems Protection Board in No. DE-0752-16-0391-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

February 15, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** February 15, 2023